UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

APR 21 2022 AM 11:12
FILED-USDC-CT-HARTFORD

Grand Jury H-21-1

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:22CR 83 ( ) OAW (TOF) |
| v. | VIOLATIONS: |
| ZACHARY WILLIAMS | 18 U.S.C. § 2241(c) (Aggravated Sexual Abuse with Children) |
| | 18 U.S.C. § 2251(a)(1) (Production of Child Pornography) |
| | 18 U.S.C. § 2422(b) (Coercion and Enticement) |

## INDICTMENT

The Grand Jury charges:

### INTRODUCTION

At all times relevant to this Indictment, unless otherwise specified:

1. The defendant ZACHARY WILLIAMS was 33 years old and lived in New York.

2. The Minor Victim, whose identity is known to the Grand Jury, was an 11-year-old girl who lived in Connecticut.

### COUNT ONE
(Aggravated Sexual Abuse with Children)

3. Paragraphs 1 and 2 are incorporated by reference.

4. From on or about February 11, 2021 through on or about February 12, 2021, in the District of Connecticut and elsewhere, the defendant ZACHARY WILLIAMS did cross a state line with intent to engage in a sexual act, as defined in 18 U.S.C. § 2246(2), with a person, the

1

Minor Victim, who had not attained the age of 12 years, and did knowingly engage in a sexual act with a person, the Minor Victim, who had not attained the age of 12 years, and attempted to do so.

All in violation of Title 18, United States Code, Section 2241(c).

## COUNT TWO
(Aggravated Sexual Abuse with Children)

5. Paragraphs 1 and 2 are incorporated by reference.

6. From on or about February 27, 2021 through on or about February 28, 2021, in the District of Connecticut and elsewhere, the defendant ZACHARY WILLIAMS did cross a state line with intent to engage in a sexual act, as defined in 18 U.S.C. § 2246(2), with a person, the Minor Victim, who had not attained the age of 12 years, and did knowingly engage in a sexual act with a person, the Minor Victim, who had not attained the age of 12 years, and attempted to do so.

All in violation of Title 18, United States Code, Section 2241(c).

## COUNT THREE
(Production of Child Pornography)

7. Paragraphs 1 and 2 are incorporated by reference.

8. From in or about February 2021 through in or about March 2021, in the District of Connecticut and elsewhere, the defendant ZACHARY WILLIAMS did employ, use, persuade, induce, entice, and coerce a minor, the Minor Victim, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, including, but not limited to, computer video files titled "IMG_2280.mov," "IMG_2284.mov," and "IMG_1742.mov," each of which was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and each of which was actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

2

All in violation of Title 18, United States Code, Section 2251(a)(1).

## COUNT FOUR
(Coercion and Enticement)

9. Paragraphs 1 and 2 are incorporated by reference.

10. From in or about February 2021 through in or about March 2021, in the District of Connecticut and elsewhere, the defendant ZACHARY WILLIAMS, using the mail and any facility and means of interstate and foreign commerce, did knowingly persuade, induce, entice, and coerce an individual, the Minor Victim, who had not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense, namely Sexual Exploitation of Children, in violation of 18 U.S.C. §2251(a), and attempted to do so

All in violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL

/s/
FOREPERSON

UNITED STATES OF AMERICA

_____
LEONARD C BOYLE
UNITED STATES ATTORNEY

_____
NANCY V. GIFFORD
ASSISTANT UNITED STATES ATTORNEY

3