UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : Criminal No. 3:22-CV-0083 (OAW) |
| | : |
| ZACHARY WILLIAMS, | : |
| *Defendant.* | : |

## ORDER GRANTING IN PART DEFENDANT'S MOTION TO CONTINUE

On August 17, 2022, the court canceled the October 21, 2022 jury selection date, continued the pretrial deadlines, and ordered the parties to propose a realistic trial schedule or before October 13, 2022.  ECF No. 27.  On October 13, 2022, defense counsel filed a Status Report, requesting and extension of time to November 15, 2022, within which to file a proposed schedule.[1]  ECF No. 28.  Counsel states that various developments outside the district may clarify the status of this case by that date.  *Id.* at 1.

Counsel notes the pending criminal prosecution of Defendant in the District of New Jersey, *United States v. Williams*, No. 1:22-cr-324-CPO,[2] and the fact that the New Jersey court has indicated availability to try that matter in late November, or early December.  However, defense counsel further notes that Defendant has expressed interest in proceeding first in this court.  ECF No. 28 at 1.  The proposed scheduling order in the New Jersey case is due on October 21, 2022.  Counsel additionally states that even assuming the trial in this case proceeds first, the U.S. Marshal has indicated that it will take more than 30 days to transport Defendant "to a facility reasonably accessible to counsel." *Id.* at 2 n.1.

---

[1] Defense counsel submits that the government has no additions to the report.  ECF No. 28 at 1.
[2] In addition, counsel notes that on October 3, 2022, Defendant was charged on a four-count indictment in the Eastern District of New York.  *United States v. Williams*, No. 1:22-cr-449-FB, Indictment, ECF No. 1.

1

Defendant is in custody in Philadelphia. Although the government has "produced a significant volume of discovery," defense counsel states that Defendant's access "is limited, particularly given the protections placed on sharing the discovery under the Standing Order." ECF No. 28 at 2. According to counsel, the government possesses additional discovery but "it is unable to provide [that information] to counsel for review with Mr. Williams outside a secure setting because it allegedly includes child pornography." *Id.* Counsel notes that without greater access to his client, he is not able to engage in plea negotiations and, therefore, it is premature to set a date for jury selection in this case. *Id.* at 2-3. In the event the court sets a date, he suggests July, 2023. *Id.* at 3.

In light of the October 21, 2022 deadline for the proposed scheduling order in the New Jersey case, the discovery that remains to be disclosed and reviewed with Defendant in the instant case, pending prosecutions against Defendant in other districts, defense counsel's limited access to Defendant, and the additional time required to transport Defendant to this District,³ the request to file a supplemental Status Report with a more realistic date for jury selection and trial of this matter is granted. The parties shall file the report on or before November 15, 2022, after which the court will set the aforementioned deadlines.

Pursuant to 18 U.S.C. §§ 3161(h)(1)(B) ("delay resulting from trial with respect to other charges against the defendant"), (h)(7)(A), and (h)(7)(B), and based on the

---

³ The court notes that 18 U.S.C. §§ 3161(h)(1)(F) provides as a basis for excluding time any "delay resulting from transportation of any defendant from another district." However, section (1)(F) further provides that "any time consumed in excess of ten days from the date an order of removal or an order directing such transportation, and the defendant's arrival at the destination shall be presumed to be unreasonable." *Id.*

aforementioned circumstances, and in particular the fact that defense counsel seeks more time to prepare for trial, the court concludes that "the ends of justice served by" excluding the time from 10/21/22[4] through 11/15/22, from the court's speedy trial calculation "outweigh[s] the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161 (h) (7) (A).  The parties shall file a Status Report on or before November 15, 2022, containing a realistic timeframe for dispositive motions and jury selection, after which the court will set the remaining deadlines in this case.

    **IT IS SO ORDERED** at Hartford, Connecticut, this 24th day of October, 2022.

_/s/_
OMAR A. WILLIAMS
UNITED STATES DISTRICT JUDGE

---

[4] On July 21, 2022, the court excluded 7/21/2022 through 10/21/2022, from its speedy trial calculation.  ECF No. 23.