**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| UNITED STATES OF AMERICA, | No. 3:22-CR-00083 (OAW) |
|---|---|
| v. | |
| ZACHARY WILLIAMS | |

## SENTENCING EXHIBITS

The United States of America hereby files the following exhibits in support of its sentencing memorandum in the above-captioned matter.

| Ex. | | Document |
|---|---|---|
| A | 2/12/2021 to 3/2/2021 | Summary Exhibit of iPhone 7 Message Between K and Zachary Williams on All Messaging Platforms |
| B | 2/12/2021 to 3/8/2021 | iPhone 7 Cellebrite Extraction Report: Text Messages with K |
| C | 2/12/2021 to 3/2/2021 | iPhone 7 Cellebrite Extraction Report: TextNow Messages with K |
| D | 2/27/2021 to 3/3/2021 | Summary Chart of Messages with Undercover Officer of the Galloway Township Police Department |
| E | 3/2/2021 to 3/13/2021 | Summary Chart of Messages with Undercover Agent of the Federal Bureau of Investigations |
| F | 2/10/2021 to 2/28/2021 | Summary Chart of Zachary Williams' iPhone 12 Text Messages regarding Trips to Connecticut |
| G | 2/11/2021 | iPhone 12 Instant Messages with +63 xxx-xxx-0913 — **FILED UNDER SEAL** |
| H | 3/14/2025 | Excerpt from District of New Jersey Sentencing Transcript — Statements of A and A's Mother |
| I | 10/14/2025 | Victim Impact Statement from C's Father |
| J | 10/21/2025 | FD-302 Interview Summary: Alice Williams |

Respectfully submitted,

DAVID X. SULLIVAN
UNITED STATES ATTORNEY

By:   */s/ Alexis L. Beyerlein*
    ALEXIS L. BEYERLEIN (ct30361)
    Alexis.Beyerlein@usdoj.gov
    NANCY V. GIFFORD (ct16324)
    Nancy.Gifford@usdoj.gov
    450 Main Street, Room 328
    Hartford, CT 06103

    DANIEL E. CUMMINGS (phv206702)
    Daniel.Cummings@usdoj.gov
    ASSISTANT UNITED STATES ATTORNEY
    157 Church Street, 25th Floor
    New Haven, CT 06510

## **CERTIFICATION**

     I hereby certify that on November 19, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                               ___*/s/ Alexis L. Beyerlein*_____
                                               Alexis L. Beyerlein (ct30361)